UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SMITH, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendant. | CASE NO. 19-1487 RAJ <br><br> **ORDER GRANTING LEAVE TO EXTEND STATUS REPORT TO MARCH 18, 2020** |

The Court has considered the parties joint request to extend the time by which a status report must be filed. Dkt. 14, and ORDERS:

1. The parties shall submit a joint status report regarding whether the case has settled and if not a proposed date the matter will be ready for a jury trial, and the estimated length of the trial. **The joint report shall be filed no later than March 18, 2020**.

2. Counsel are reminded motions for extensions should be filed before the deadline ordered by the Court.

DATED this 4th day of March, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING LEAVE TO EXTEND
STATUS REPORT TO MARCH 18, 2020 - 1