UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD SMITH ,

                Plaintiff,

  v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

                Defendant.

CASE NO. 19-1487 RAJ

**ORDER DIRECTING STATUS REPORT ON SETTLEMENT**

The Court has delayed issuance of a pretrial scheduling order because the parties indicated the case might settle. Because more than one month has passed since the parties submitted the last status report, Dkt. 18, the Court **ORDERS** the parties to submit a joint report advising the Court whether a pretrial scheduling order should be issued or whether the Court should delay issuance of a scheduling order because the case is on track to settle. The joint report shall be filed no later than **August 17, 2020**.

DATED this 7th day of August, 2020.

                                                        _____
                                                        BRIAN A. TSUCHIDA
                                                     Chief United States Magistrate Judge

ORDER DIRECTING STATUS REPORT ON SETTLEMENT - 1