UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD SMITH ,

               Plaintiff,

   v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

               Defendant.

CASE NO. 19-1487 RAJ-BAT

**ORDER EXTENDING STATUS REPORT DUE DATE TO OCTOBER 30, 2020**

       The Court ordered the parties to submit, by August 17, 2020, a status report indicating whether the case was on track for settlement or whether the Court should issue a pre-trial scheduling order. Dkt. 19. On August 17, 2020, plaintiff filed a status report indicating "Counsel for the Defense and I both believe that there is a good possibility that this case may settle, and the parties wish to avoid the additional expense of pleadings and discovery if possible." and requesting the Court delay issuance of a pre-trial scheduling order for 60 days. Dkt. 20.

       Although defendants did not sign plaintiff's motion, they also did not file any opposition to plaintiff's representations or request for extension. The Court thus ORDERS:

       1.     No later than October 30, 2020, the parties shall submit a joint status report indicating whether the case will be settled or whether a pre-trial scheduling order should be issued. The Court is granting more than the 60 days requested in the hopes the additional time

ORDER EXTENDING STATUS REPORT
DUE DATE TO OCTOBER 30, 2020 - 1

1   will provide the parties sufficient time to resolve the matter without further continuances.

2          2.       The Court is mindful of the impact COVID-19 has had on counsels' ability to

3   resolve this case. But as the Court earlier indicated, counsel should work to move the case

4   forward rather than allowing it to remain frozen in time.

5          DATED this 18th day of August, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER EXTENDING STATUS REPORT
DUE DATE TO OCTOBER 30, 2020 - 2