1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD SMITH ,

                    Plaintiff,

        v.

WASHINGTON DEPARTMENT OF
CORRECTIONS, et al.,

                    Defendant.

CASE NO. 19-1487 RAJ

**ORDER SETTING PRETRIAL SCHEDULE**

Pursuant to the Joint Status Report that the parties filed on October 30, 2020, Dkt. 22, the Court **ORDERS** the following pretrial schedule:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **February 5, 2021** |
| Deadline for amending pleadings | **February 5, 2021** |
| Deadline for initial disclosures | **March 5, 2021** |
| Reports of expert witnesses under FRCP 26(a)(2) due | **April 14, 2021** |
| All motions related to discovery must be noted for consideration no later than | **May 14, 2021** |
| Discovery to be completed by | **June 1, 2021** |
| All dispositive motions must be filed pursuant to CR 7(d) | **June 9, 2021** |

| | |
|---|---|
| All *Daubert* motions must be filed by (same as dispositive) | **June 9, 2021** |
| Plaintiff's CR 16 Pretrial Statement due | **To be set by District Judge** |
| Defendant's CR 16 Pretrial Statement due | **To be set by District Judge** |
| Motions in limine due date | **To be set by District Judge** |
| Agreed CR 16.1 Pretrial Order due | **To be set by District Judge** |
| Pretrial conference scheduled in Courtroom 12A | **To be set by District Judge** |
| **Jury Trial** – 4-5 Days | **To be set by District Judge** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### Discovery and Cooperation

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

### Pretrial Statements, Motions in Limine and Exhibits

An order regarding pretrial statements, exhibits and motions in limine will be addressed by the District Judge

### Settlement and Mediation

The parties indicate they will engage in informal settlement efforts. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at:

ORDER SETTING PRETRIAL SCHEDULE - 2

andy_quach@wawd.uscourts.gov, as soon as possible.  Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.  The Clerk is directed to send copies of this Order to all parties of record.

DATED this 30th day of October, 2020.

BRIAN A. TSUCHIDA

ORDER SETTING PRETRIAL SCHEDULE - 3