UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD SMITH,

            Plaintiff,

   v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

            Defendant.

CASE NO. 19-1487 RAJ

**ORDER DIRECTING STATUS REPORT**

The pretrial deadlines set in the Court's October 2020 scheduling order have lapsed. Dkt. 22. The Court accordingly **ORDERS** the parties to submit a joint status report advising the Court whether a trial date should be set and if so, the length of the trial, and a proposed date. The joint status report shall be filed no later than **June 28, 2021**.

DATED this 14th day of June 2021.

                        BRIAN A. TSUCHIDA
                        United States Magistrate Judge

ORDER DIRECTING STATUS REPORT - 1